DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NAPOLEON SAVION-SANCHEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1396

[October 11, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 14-9027CF10A.

Napoleon Savion-Sanchez, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***